STEPHEN H. MATTERN, STATE BAR #161904
CHANG MATTERN LLP
80 S. LAKE AVENUE, SUITE 600
PASADENA, CA  91101
(626) 792-8808
(626) 792-6886 FAX

Attorney for Debtor:
CHRISTEL FRANCES MCRAE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHRISTEL FRANCES MCRAE<br><br>Debtor | BK No. 2:11-bk-23544-TD<br><br>NOTICE OF WITHDRAWAL OF MOTION<br><br>DATE:           August 11, 2011<br>TIME:           1:30 p.m.<br>LOCATION:  Courtroom 1345<br>JUDGE:        Hon Thomas B. Donavon |

Please take notice that the Debtor Christel Frances McRae hereby **withdraws** her Motion to Avoid the Junior Lien on Principal Residence directed to **GMAC Mortgage** and noticed for hearing on **August 11, 2011 at 1:30 pm**.

Please take further notice that debtor **IS NOT withdrawing** the Motion to Avoid the Junior Lien of the **Bank of New York Mellon Trust Co. National Association which is** currently noticed for hearing **on August 25, 2011 at 1:30 pm** and debtor intends to proceed with that motion on that date.

DATED:  August 8, 2011                         /Stephen H. Mattern/
                                                                Stephen H. Mattern, Attorney for
                                                                debtor Christel Frances McRae

-1-
NOTICE OF CONFIRMATION HEARING

CHANG MATTERN LLP
LAWYERS

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 80 S. Lake Avenue, Suite 600, Pasadena, CA 91101

A true and correct copy of the foregoing document described as  Notice of Withdrawal of Motion
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 8, 2011 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kathy A. Dockery, 700 S. Flower St., Suite 1950, Los Angeles, CA 90017
Hon.Thomas B. Donovan, 255 E. Temple St., Courtroom 1352, Los Angeles, CA 90012
GMAC Mortage, Barry Bier, 1100 Virginia Dr., Fort Washington, PA 19034

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 8, 2011 | Arturo Mok | /S/ Arturo Mok |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    **F 9013-3.1.PROOF.SERVICE**
F901331