United States Bankruptcy Court
Central District of California

In re:                                                                 Case No. 11-23544-TD
Christel Frances McRae                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1               Date Rcvd: Sep 23, 2011
                              Form ID: pdf031          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2011.
db            +Christel Frances McRae,    2182 Loma Vista St,    Pasadena, CA 91104-4904
cr            +Csaba David Hunyadi,    Schlichter & Shonack, LLP,    3601 Aviation Blvd., Ste. 2700,
                Manhattan Beach, CA 90266-3764,    UNITED STATES

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr            The Bank of New York Mellon Trust Company, nationa
                                                                                 TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2011**                         **Signature:** _/s/ Joseph Speetjens_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Stephen H. Mattern, SBN 161904<br>Chang Mattern LLP<br>80 S. Lake Ave., Suite 600<br>Pasadena, CA 91101<br>(626) 792-8808 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 23 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY penning   DEPUTY CLERK** |
|---|---|
| ☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>CHRISTEL FRANCES MCRAE<br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-BK-23544-TD<br>CHAPTER: 13<br><br>**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE:          September 15, 2011<br>TIME:          1:30 p.m.<br>COURTROOM: 1345<br>PLACE:        255 East Temple St., Los Angeles, CA |
|---|---|

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** The Bank of New York Mellon Trust Company, National Association

1. The Motion was:     ☐ Opposed          ☒ Unopposed          ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

   *Street Address:*              2182 Loma Vista Street
   *Unit Number:*
   *City, State, Zip Code:*    Pasadena, California 91104

   Legal description or document recording number (including county of recording): Lot 173 of Tract No. 5814, in the City of Pasadena, County of Los Angeles, State of California, as per map recorded in Book 66 Page(s) 6 and 7 of maps, in the office of the County Recorder of said County.          Assessor's Parcel Number: 5744-006-029

   ☐ See attached page.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                       Page 1                                                       **F 4003-2.4.ORDER**

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. _Deutsche Bank Trust Company Americas_ in the amount of $ _697,759.24_.

   b. _Bank of New York Mellon Trust Co., NA_ in the amount of $ _65,400.00_ ☒ is ☐ is not to be avoided;

   c. _Name of holder of 3rd lien_ in the amount of $ _Amount of lien_ ☐ is ☐ is not to be avoided;

   ☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED ☐ with ☐ without prejudice, on the following grounds:
      1. ☐ Based upon the findings and conclusions made on the record at the hearing
      2. ☐ Unexcused non-appearance by Movant
      3. ☐ Lack of proper service
      4. ☐ Lack of evidence supporting motion
      5. ☐ Other (specify):

   b. ☒ GRANTED on the following terms:

      i. The Subject Property is valued at no more than $ _580,000.00_ based on adequate evidence.

      ii. This avoidance of the respondent's junior lien is effective upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

      vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

      vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2010_                                                Page 2                                                **F 4003-2.4.ORDER**

    viii.  In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

    ix.  ☒ See attached continuation page for additional provisions.

###

DATED: September 23, 2011

*[signed] Thomas B. Donovan*
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*     Page 3     **F 4003-2.4.ORDER**

CONTINUATION PAGE

ADDITIONAL PROVISIONS

X. That upon completion of the chapter 13 plan and entry of a chapter 13 discharge, the Respondent's lien shall be treated as void and no longer an encumbrance against the debtor's property; and,

XI.. That upon completion of the chapter 13 plan and entry of a chapter 13 discharge, the Respondent is requested to execute and provide to debtor a reconveyance of the second deed of trust.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                        Page 4                                                        **F 4003-2.4.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Chang Mattern LLP, 80 S. Lake Ave., Suite 600, Pasadena CA 91101


A true and correct copy of the foregoing document described as **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:


I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On *September 16, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jared D Bissell    ecfcacb@piteduncan.com
Kathy A Dockery (TR)    efiling@CH13LA.com
Heather S Dufau    hsd@sandsattorneys.com
Stephen H Mattern    smattern@changmattern.com
Christopher M McDermott    ecfcacb@piteduncan.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.go

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *September 16, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court, Hon. Thomas B. Donovan, 255 E. Temple St., #1345, Los Angeles, CA 90012
Jared Bissell, Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, San Diego, CA 92177-0933

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *September 16, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.




☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/11 | Arturo Mok | /s/ Arturo Mok |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_September 16, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Jared D Bissell     ecfcacb@piteduncan.com
Kathy A Dockery (TR)     efiling@CH13LA.com
Heather S Dufau     hsd@sandsattorneys.com
Stephen H Mattern     smattern@changmattern.com
Christopher M McDermott     ecfcacb@piteduncan.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.go

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Stephen H. Mattern, Chang Mattern LLP, 80 S. Lake Ave., Suite 600, Pasadena, CA 91101
Christel Frances McRae, 2182 Loma Vista St., Pasadena, CA 91104-4904
Jared Bissell, Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, San Diego, CA 92177-0933

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 6                                    **F 4003-2.4.ORDER**